```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
         v.                         :
                                    :
NATHANIEL JONES,                    :
                                    :
                 Defendant.         :
                                    :
------------------------------------x
```

**05 CRIM. 710**

INDICTMENT

05 Cr. _____



**JUDGE KARAS**

COUNT ONE

The Grand Jury charges:

1. From at least in or about late 2004 up to and including June 27, 2005, in the Southern District of New York and elsewhere, NATHANIEL JONES, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of this conspiracy that NATHANIEL JONES, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect its illegal object, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. At various times from at least in or about April, 2005 up to and including in or about June, 2005, NATHANIEL JONES, the defendant, served as a "lookout" for the drug organization.

(Title 21, United States Code, Section 846.)

_____ 7/7/05    _____
FOREPERSON                DAVID N. KELLEY
                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NATHANIEL JONES,

Defendant.

**INDICTMENT**

05 Cr.

DAVID N. KELLEY
United States Attorney.

A TRUE BILL

7/7/05

Foreperson.