```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

                                         ORDER SUBSTITUTING COUNSEL
                                         05-CR-710 (KMK)

    -v-

NATHANIEL JONES
                       Defendant.

------------------------------------------------------X
KENNETH M. KARAS, U.S. DISTRICT JUDGE:

       The C.J.A. attorney assigned to this case Lee Ginsberg, Esq. is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Michael K. Burke, Esq.

                                                 SO ORDERED.

                                                 UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
          August  2, 2005