UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

UNITED STATES OF AMERICA

       -V-

Nathanial Jones

                ORDER
                05 CR 710 (KMK)

-------------------------------------X

    Adjourned to __4/7/06 at 11:45_____ Magistrate Judge Yanthis having found that the ends of Justice served thereby outweigh the best interest of the public and defendant in a speedy trial in that the failure to grant a continuance would be a miscarriage of justice.

Date ____3/16/06_____

                                                        /s/ George A. Yanthis
                                                Hon. George A. Yanthis
                                                US Magistrate Judge

MICROFILM  MAR 21 2006  -9:00 AM

U.S. DISTRICT COURT FILED MAR 20 2006 S.D. OF N.Y.