# BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
ALEXANDER X. SAUNDERS ***
F. MICHELE COOPER
DENNIS J. MAHONEY, III

JOSEPH P. McGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ADMITTED IN NEW YORK, NEW JERSEY & WEST VIRGINIA

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO:  ☐ ORANGE CO.
           ☐ ROCKLAND CO.

Respond to Post Office Box

April 20, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/06

**Via Facsimile (212) 805-7968 & Mail**
Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

Re:   United States v. Nathaniel Jones
      05 CR 710 (KMK)

Dear Judge Karas:

Please allow this letter to confirm that Mr. Jones' plea has been adjourned at our request to Friday, May 5, 2006 at 11:00 a.m. in connection with the matter referenced above.

Very truly yours,

MICHAEL K. BURKE

MKB:la

Cc:  AUSA Lauren Ouziel (Via Facsimile (212) 637-2387 and Mail)

So Ordered.

4/20/06