UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :         WAIVER OF INDICTMENT
        v.                              :
                                        :         S1 05 Cr. 710(KMK)
NATHANIEL JONES,                        :
                                        :
                                        :
                   Defendant.           :
                                        :
----------------------------------------x

        The above-named defendant, who is accused of violating

Title 21, United States Code, Sections 846, 812, 841(a)(1) and

841(b)(1)(A), and Title 18, United States Code, Sections 924(c), 3,

and 641, being advised of the nature of the charge and of his

rights, hereby waives, in open Court, prosecution by indictment and

consents that the proceeding may be by information instead of by

indictment.


_____
Defendant

_____
Witness

_____
Michael Burke, Esq.,
Counsel for Defendant


Date: May 5, 2006
      New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 5 2006

0202