```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :    INFORMATION
     v.                             :
                                    :    S1 05 Cr. 710
NATHANIEL JONES,                    :
                                    :
                                    :
              Defendant.            :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2006

### COUNT ONE

The United States Attorney charges:

1. From at least in or about late 2004 up to and including June 27, 2005, in the Southern District of New York and elsewhere, NATHANIEL JONES, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of this conspiracy that NATHANIEL JONES, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

COUNT TWO

The United States Attorney further charges:

3.   From at least in or about late 2004 up to and including in or about June, 2005, in the Southern District of New York, NATHANIEL JONES, the defendant, together with others known and unknown, unlawfully, willfully, and knowingly, during and in relation to a narcotics trafficking crime for which he may be prosecuted in a court of the United States, to wit, the conspiracy to distribute narcotics charged in Count One of this Information, possessed and aided and abetted the possession of a firearm in furtherance of such crime, to wit, JONES and his co-conspirators maintained a shotgun in the boiler room of 3355 Seymour Avenue, in the Bronx, New York, where they sold crack cocaine.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

COUNT THREE

The United States Attorney further charges:

4.   On or about May 9, 2005, in the Southern District of New York, NATHANIEL JONES, the defendant, knowing that an offense against the United States had been committed, namely, a murder committed in the course of the use, possession, brandishing and discharging of a firearm during and in relation to the narcotics conspiracy charged in Count One of this Information, in violation of Title 18, United States Code, Sections 924(j)(1) and 1111, received, relieved, comforted and assisted the offenders in order to hinder and prevent their apprehension, trial and punishment, to

wit, JONES maintained and then sold a pistol in the Bronx, New York, that he knew had been used by one and more of his co-conspirators to cause the intentional killing of a rival drug dealer.

(Title 18, United States Code, Section 3.)

## COUNT FOUR

The United States Attorney further charges:

5. From at least in or about 1994 up to and including in or about 2003, in the Southern District of New York, NATHANIEL JONES, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and knowingly convert to his use, and without authority, did sell, convey and dispose of a record, voucher, money and thing of value of the United States and of a department and agency thereof, to wit, JONES falsely reported his Social Security checks as having been stolen in order to receive duplicate checks in the amount of approximately $10,900.

(Title 18, United States Code, Section 641.)

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NATHANIEL JONES,

Defendant.

**INFORMATION**

S1 05 Cr. 710 (KMK)

MICHAEL J. GARCIA
United States Attorney.